No. 99–5893.   PARRISH v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 99–5921.   FLEMING v. NORTH CAROLINA.   Sup. Ct. N. C. Certiorari denied.

No. 99–5937.   GERMANY v. PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.

No. 99–5938.   GOODRICH v. CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 99–5941.   PERRY v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO.   C. A. 6th Cir.   Certiorari denied.

No. 99–5943.   MICHAELS, AKA BLUMBERG v. UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 99–5948.   KING v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 99–5953.   RAINE v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 99–5954.   FICKLIN v. HATCHER, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 99–5971.   SILVA v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 99–5978.   CAPERS v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 99–5981.   ALBAUGH v. OHIO.   Ct. App. Ohio, Stark County. Certiorari denied.

No. 99–5983.   SMITH v. ILLINOIS.   App. Ct. Ill., 4th Dist.   Certiorari denied.

No. 99–5984.   SERGENT v. OHIO.   Ct. App. Ohio, Montgomery County.   Certiorari denied.